Form oscmlfee – oscmlfeev27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                              Case No.: 18−19185−ABA
                              Chapter: 13
                              Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Necia Strength Dewgard
   dba Premiere R.E.P.A. Services, LLC
   PO Box 128
   Sicklerville, NJ 08081

Social Security No.:
   xxx−xx−4204

Employer's Tax I.D. No.:
   77−0711290

## ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO MAKE INSTALLMENT PAYMENT(S) OR PAY MISCELLANEOUS FILING FEES

   The Court having noted that:

☐    An order directing the payment of filing fees in installments was entered in the above case, and that the payment due on in the amount of $ has not been received by the Clerk,

☑    The debtor filed a Amendment to List of Creditors on May 22, 2018 that requires the payment of a fee in the amount of $ 31.00, and that the fee has not been received by the Clerk,

   It is hereby

   ORDERED that the fee in the amount indicated above must be received by the Clerk on or before 6/13/18 or the case will be dismissed.

   If you object to dismissal you may file a written objection or request for a hearing with the Clerk of the Bankruptcy Court at the address above. The objection or request must be received by the Clerk no later than 6/13/18.

   If you file a written request for a hearing, you or your attorney must appear at a hearing to be held before the Honorable Andrew B. Altenburg Jr. on

Date: June 19, 2018
Time: 10:00 am
Location: Courtroom 4B
  Address:   Mitchell H. Cohen Courthouse
              1 John F. Gerry Plaza
              400 Cooper Street
              Camden, NJ 08101−2067

Dated: May 30, 2018
JAN: bed

<u>Andrew B. Altenburg Jr.</u>
United States Bankruptcy Judge

United States Bankruptcy Court
District of New Jersey

In re:  
Necia Strength Dewgard  
    Debtor

Case No. 18-19185-ABA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: May 30, 2018  
                      Form ID: oscmlfee     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 01, 2018.  
db          +Necia Strength Dewgard,    PO Box 128,    Sicklerville, NJ 08081-0128

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 31 2018 00:15:20     United States Trustee,  
           Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,  
           Newark, NJ 07102-5235  
                                                                                        TOTAL: 1

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 01, 2018                                           Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 30, 2018 at the address(es) listed below:  
         Isabel C. Balboa     ecfmail@standingtrustee.com,    summarymail@standingtrustee.com  
         U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                TOTAL: 2