Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey  
401 Market Street  
Camden, NJ 08102

                Case No.: 18−19185−ABA  
                Chapter: 13  
                Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):  
   Necia Strength Dewgard  
   dba Premiere R.E.P.A. Services, LLC  
   PO Box 128  
   Sicklerville, NJ 08081

Social Security No.:  
   xxx−xx−4204

Employer's Tax I.D. No.:  
   77−0711290

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 6/14/18.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: June 14, 2018  
JAN: bc

                                                                                   Jeanne Naughton  
                                                                                    Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                      Case No. 18-19185-ABA
Necia Strength Dewgard                                                                      Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1            User: admin                 Page 1 of 1              Date Rcvd: Jun 14, 2018
                                Form ID: 148                Total Noticed: 7

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 16, 2018.
db              +Necia Strength Dewgard,   PO Box 128,   Sicklerville, NJ 08081-0128
517559373       +Ena Thomas,   41 Bryces Ct.,   PO Box 129,   Sicklerville, NJ 08081-0129
517556938       +HSBC/Nationstar,   41 Bryces Ct.,   Sicklerville, NJ 08081-1675
517514344       +Nationstar/Mr. Cooper/HSBC,   8950 Cypress Waters Blvd,   Coppell Dallas, TX 75019-4620

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov Jun 14 2018 23:10:42     U.S. Attorney,   970 Broad St.,
                   Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 14 2018 23:10:39     United States Trustee,
                   Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                   Newark, NJ 07102-5235
517516004       +EDI: RMSC.COM Jun 15 2018 02:43:00     Synchrony Bank,   c/o of PRA Receivables Management, LLC,
                   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                             TOTAL: 3

                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517559372          Brookdale Nursing Home,   No address given
                                                                                             TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 16, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 14, 2018 at the address(es) listed below:
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    HSBC Bank USA, National Association, as Trustee for
               Ellington Loan Acquisition Trust  2007 Mortgage Pass-Through Certificates, Series 2007-1
               rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 4