Form ntcrics − ntcreincsv27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

                                Case No.:  18−19185−ABA
                                Chapter:  13
                                Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Necia Strength Dewgard
   dba Premiere R.E.P.A. Services, LLC
   PO Box 128
   Sicklerville, NJ 08081

Social Security No.:
   xxx−xx−4204

Employer's Tax I.D. No.:
   77−0711290

**NOTICE OF ENTRY OF ORDER REINSTATING CASE**

     Notice is hereby given that the above captioned case which was dismissed on 6/14/18 has been reinstated by Order dated 7/24/18. The order may create new deadlines for the filing of proofs of claim, complaints, and objections to exemptions, and may contain a new date for the confirmation hearing if this is a chapter 13 case.

     The Order may be viewed at any District of New Jersey Bankruptcy Clerk's office, and is available for download at www.pacer.gov.

Dated: July 24, 2018
JAN: bc

                                                                                   Jeanne Naughton
                                                                                   Clerk

```
                           United States Bankruptcy Court
                                District of New Jersey
```

In re:                                                              Case No. 18-19185-ABA
Necia Strength Dewgard                                              Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

```
District/off: 0312-1          User: admin              Page 1 of 1           Date Rcvd: Jul 24, 2018
                              Form ID: ntcrics         Total Noticed: 9
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 26, 2018.
db              +Necia Strength Dewgard,    PO Box 128,    Sicklerville, NJ 08081-0128
517559373       +Ena Thomas,    41 Bryces Ct.,    PO Box 129,    Sicklerville, NJ 08081-0129
517556938       +HSBC/Nationstar,    41 Bryces Ct.,    Sicklerville, NJ 08081-1675
517514344       +Nationstar/Mr. Cooper/HSBC,    8950 Cypress Waters Blvd,    Coppell Dallas, TX 75019-4620

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov Jul 24 2018 23:31:03    U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 24 2018 23:30:59    United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
517642493        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 24 2018 23:34:26
                  Portfolio Recovery Associates, LLC,    c/o Amazon.com Store Card,    POB 41067,
                  Norfolk VA 23541
517643092        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 24 2018 23:45:54
                  Portfolio Recovery Associates, LLC,    c/o Walmart Credit Card,    POB 41067,    Norfolk VA 23541
517516004       +E-mail/PDF: gecsedi@recoverycorp.com Jul 24 2018 23:35:12    Synchrony Bank,
                  c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 5

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517559372        Brookdale Nursing Home,    No address given
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 26, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 24, 2018 at the address(es) listed below:
              Isabel C. Balboa     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa      ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Rebecca Ann Solarz     on behalf of Creditor    HSBC Bank USA, National Association, as Trustee for
               Ellington Loan Acquisition Trust  2007 Mortgage Pass-Through Certificates, Series 2007-1
               rsolarz@kmllawgroup.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 4