UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

In Re:

Necia S. Deward
41 Bryces Ct.
Sicklerville, NJ 08081

Case No.: 18-19185

Adv. No.: _____

Chapter: 13

Hearing Date: _____

Judge: Altenburg

## ADJOURNMENT REQUEST FOR CHAPTER 13

1. I, Necia Deward,
   ☐ am the attorney for: _____
   ☒ am self-represented

   Phone number: 856 357-2901

   Email address: Premiere.rcpa@gmail.com

2. I request an adjournment of the following hearing:

   Matter: HSBC/Nationstar vs. Necia Deward

   Current hearing date and time: 9/11/18

   New date requested: 10/11/18 (or 3 weeks from 9/11/18) 10/11/18

   Reason for adjournment request: I am working directly with the bank & have reason to believe we will a resolution where I will be able to remove this creditor (HSBC) completely from my filing. Also my confirmation hearing is now rescheduled for October 24, 2018 should we not have a resolution.

3.  I request an adjournment of confirmation:

    Current confirmation date and time: _____

    New date requested: _____

    Reason for adjournment request: _____

    _____

    Confirmation has been adjourned _____ previous times

    Trustee payments are current through _____

    The meeting of creditors under § 341(a) of the Code  ☐ was conducted  ☐ was not conducted

4.  Consent to adjournment:

    ☐ I have the consent of all parties.     ☒ I do not have the consent of all parties (explain below): I have not gotten a response from the Attorney's office. I am attaching my confirmation email making the attorney aware that I am requesting an adjournment (new date)

I certify under penalty of perjury that the foregoing is true.

Date: _____                    _____
                                                 Signature

Pursuant to D.N.J. LBR 5071-1(b) an adjournment
request must be made not later than 3 days before the hearing.

NOTE: THIS FORM MUST BE SUBMITTED TO THE CHAPTER 13 TRUSTEE, AND IS NOT REQUIRED WHEN SEEKING THE ADJOURNMENT OF A 341(a) MEETING OF CREDITORS.

**OFFICIAL USE ONLY:**

The request for adjournment is:

☐ Granted                 New hearing date: _____      ☐ Peremptory

☐ Granted over objection(s)   New hearing date: _____   ☐ Peremptory

☒ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*rev.10/1/15*

2