Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18–19185–ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Necia Strength Dewgard
   dba Premiere R.E.P.A. Services, LLC
   PO Box 128
   Sicklerville, NJ 08081

Social Security No.:
   xxx–xx–4204

Employer's Tax I.D. No.:
   77–0711290

**NOTICE OF ORDER DISMISSING CASE**

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 10/25/18.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: October 26, 2018
JAN: bc

Jeanne Naughton
Clerk

```
                       United States Bankruptcy Court
                             District of New Jersey

In re:                                                              Case No. 18-19185-ABA
Necia Strength Dewgard                                              Chapter 13
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-1          User: admin              Page 1 of 2          Date Rcvd: Oct 26, 2018
                              Form ID: 148             Total Noticed: 47


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 28, 2018.
db            +Necia Strength Dewgard,    PO Box 128,    Sicklerville, NJ 08081-0128
517672436     +AT&T(Cingular),    509 Cross Keys Rd,    Sicklerville, NJ 08081-4368
517672434     +Aqua Water,    762 W. Lancaster Avenue,    Bryn Mawr, PA 19010-3402
517672433     +Atlantic City Electric,    295 North Grove Street,    Berlin, NJ 08009-9544
517672504     +BB&T Liability Risk Management,    PoBox 996,    Winston, NC 27894-0996
517672444     +Brookdale Senior,    207 Laurel Road,    Voorhees, NJ 08043-2317
517559372     +Brookdale Senior Living,    207 Laurel Road,    Voorhees, NJ 08043-2317
517672498     +Capital Alliance Group,    1950 E. 17th 3rd Flr,    Santa Ana, CA 92705-6852
517672510     +Capital One Bank,    Portfolio Recovery,    120 Corporate Blvd Ste 100,    Norfolk, VA 23502-4952
517672513     +Chase Auto Finance,    PoBox 901077,    Fort Worth, TX 76101-2077
517672499      Citibank NA,    676 Grade Ln Bldg 9,    Unit 910,    Louisville, KY 40213
517672505     +Citizens Bank,    PO Box 42001,    Providence, RI 02940-2001
517672437      Comcast/Xfinity,    PO Box 3001,    Southeastern, PA 19398-3001
517672515     +Comcast/Xfinity,    PoBox 3001 Soleth,    Hampton, PA 19398-3001
517672514     +Divisat,    Del Orbe,    118 Summerbrooke Court,    Sicklerville, NJ 08081-9685
517559373     +Ena Thomas,    41 Bryces Ct.,    PO Box 129,    Sicklerville, NJ 08081-0129
517672506     +Fulton Bank Ste 250,    533 Fellowship Rd,    Mt. Laurel, NJ 08054-3412
517672443      Gloucester Twp MUA,    401 W. Landing Rd ',    Blackwood, NJ 08021
517556938     +HSBC/Nationstar,    41 Bryces Ct.,    Sicklerville, NJ 08081-1675
517672440     +Horizon,    17 Roland Avenue,    Mt. Laurel, NJ 08054-1011
517514344     +Nationstar/Mr. Cooper/HSBC,    8950 Cypress Waters Blvd,    Coppell Dallas, TX 75019-4620
517672435     +Orkin (Rollins),    PO Box 13230,    Atlanta, GA 30324-0230
517672441     +PSE&G,    300 New Albany Rd,    Moorestown, NJ 08057-1189
517672507     +Republic Bank,    101 Laurel Road,    Voorhees, NJ 08043-2368
517672432      South Jersey Gas,    PO box 6091,    Bellmawr, NJ 08099-6091
517672502     +Sychrony Bank,    PO Box 106972,    Atlanta, GA 30348-6972

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Oct 27 2018 00:22:58      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 27 2018 00:22:54      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517688652      E-mail/Text: bankruptcy@pepcoholdings.com Oct 27 2018 00:22:32
                 Atlantic City Electric Company,    Pepco Holdings, Inc.,
                 Bankruptcy Division, Mail Stop 84CP42,    5 Collins Drive, Suite 2133,
                 Carneys Point, NJ 08069-3600
517672448      EDI: CAPITALONE.COM Oct 27 2018 03:53:00      Capital One Bank,    PO Box 71083,
                 Charlotte, NC 28272-1083
517672446     +EDI: WFNNB.COM Oct 27 2018 03:53:00      Comenity Bank,    PO Box 182273,
                 Columbus, OH 43218-2273
517672500      EDI: RCSFNBMARIN.COM Oct 27 2018 03:53:00      Credit One Bank,    PO Box 60500,
                 City Industry, CA 91716-0500
517672501      EDI: RCSFNBMARIN.COM Oct 27 2018 03:53:00      Credit One bank,    PO Box 60500,
                 City of Industry, CA 91716-0500
517672511     +EDI: AMINFOFP.COM Oct 27 2018 03:53:00      First Premier Bank,    3820 N. Louise Ave,
                 Sioux Falls, D+SD 57107-0145
517752397     +EDI: CAUT.COM Oct 27 2018 03:53:00      JPMorgan Chase Bank, N.A.,    PO Box 29505 AZ1-1191,
                 Phoenix, AZ 85038-9505
517672512     +EDI: RESURGENT.COM Oct 27 2018 03:53:00      LVNV Funding LLC,    Resurgent Capital Serv,
                 POBox 1269,    Greenville, SC 29602-1269
517672447      EDI: PRA.COM Oct 27 2018 03:53:00      Portfolio Recovery,    120 Corporate Blvd,   Ste 100,
                 Norfolk, VA 23502
517764159      EDI: PRA.COM Oct 27 2018 03:53:00      Portfolio Recovery Associates, LLC,
                 C/O Capital One Bank (Usa), N.a.,    POB 41067,    Norfolk VA 23541
517642493      EDI: PRA.COM Oct 27 2018 03:53:00      Portfolio Recovery Associates, LLC,
                 c/o Amazon.com Store Card,    POB 41067,    Norfolk VA 23541
517764160      EDI: PRA.COM Oct 27 2018 03:53:00      Portfolio Recovery Associates, LLC,
                 c/o Victorias Secret,    POB 41067,    Norfolk VA 23541
517643092      EDI: PRA.COM Oct 27 2018 03:53:00      Portfolio Recovery Associates, LLC,
                 c/o Walmart Credit Card,    POB 41067,    Norfolk VA 23541
517672449     +EDI: PRA.COM Oct 27 2018 03:53:00      Portfoliio Recovery,    120 Corporate Blvd,   Ste 1000,
                 Norfolk, VA 23502-4952
517672438      EDI: NEXTEL.COM Oct 27 2018 03:53:00      Sprint,    PO Box 4191,   Carol Stream IL 60197
517516004     +EDI: RMSC.COM Oct 27 2018 03:53:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
517672508      EDI: TDBANKNORTH.COM Oct 27 2018 03:53:00      TD Bank,    70 Gray Rd,   Falmouth, ME 044105
517672509     +EDI: WTRRNBANK.COM Oct 27 2018 03:53:00      TD Bank,    Target Card Services,    PO Box 1331,
                 Minneapolis, MN 55440-1331
517672439     +EDI: VERIZONCOMB.COM Oct 27 2018 03:53:00      Verizon,    Po Box 15124,   Albany, NY 12212-5124
                                                                                               TOTAL: 21
```

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Oct 26, 2018
                              Form ID: 148             Total Noticed: 47

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517672517*      +AT&T/Cingular,    509 Cross Keys Rd,   Sicklerville, NJ 08081-4368
517672503*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                 (address filed with court:   Portfolio Recovery,    120 Corporate Blvd,
                  Ste 100 Norfolk, VA 23502)
517672516*      +PSE&G,   300 New Albany Rd,    Moorestown, Nj 08057-1189
517672442*      +PSE&G,   300 New Albany Road,    Moorestown, NJ 08057-1189
517672445     ##+National Service Bureau,    18820 Aurora Avenue N 205,    Seattle, WA 98133-3900
                                                                              TOTALS: 0, * 4, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 28, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 26, 2018 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Creditor    HSBC Bank USA, National Association, as Trustee for
               Ellington Loan Acquisition Trust   2007 Mortgage Pass-Through Certificates, Series 2007-1
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa     ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    HSBC Bank USA, National Association, as Trustee for
               Ellington Loan Acquisition Trust   2007 Mortgage Pass-Through Certificates, Series 2007-1
               rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```