**Necia Dewgard (dba Premiere R.E.P.A. Services, LLC)**
**P.O. Box 128**
**Sicklerville, NJ 08081**
**(856) 357-2901**

Winston & Winston, P.C.
Attorneys for JP Morgan Chase Bank, N.A. (Secured Creditor)
708 3rd Ave., 5th Floor, Suite 142
New York, NY 10017    FAX
(212) 532-2700    (212) 922-9484
Aleksander Powietrzynski (AP7768)

Brian Thomas (Trustee)
Brian Thomas Esq
327 Central Avenue, Suite 103
Linwood, NJ 08221

US Trustee Office
One Newark Center, Suite 2100
Newark, NJ 07102

U.S. Bankruptcy Court
400 Cooper Street
Camden, NJ 08101

U.S BANKRUPTCY COURT
FILED
CAMDEN, NJ

2019 APR -9 P 1:39

JEANNE A. NAUGHTON

BY: _____
DEPUTY CLERK

RE: CASE NO. 18-19185-ABA

To Whom It May Concern: I just received notice that there was a request for relief from stay from one of the creditors in my bankruptcy which I filed pro se and was not aware that at this juncture would even be possible dare for a problem. Now that I realize this is an issue I have to try to get an attorney that I can afford or at the very least some legal advice. Please accept this note as written confirmation that I I am against lifting this day from J.P. Morgan Chase Bank as I am unclear what effects it will have on my credit. I was under the impression that I was afforded the blessing to start over so therefore again at this juncture I need legal advice before proceeding. At the very least I am requesting more time to obtain said legal advice. I do not consent to the stay being lifted and I am requesting an oral argument

*[signature]*

Necia Dewgard (dba Premiere R.E.P.A. Services, LLC)
P.O. Box 128
Sicklerville, New Jersey 08081
(856) 357-2901

Winston & Winston, P.C.
Attorneys for JPMorgan Chase Bank, N.A. (Secured Creditor)
708 Third Avenue, 5th Floor, Suite 142
New York, NY 10017
(212) 532-2700
Aleksander Powietrzynski (AP7768)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

Necia Strength Dewgard
d/b/a Premiere R.E.P.A. Services, LLC,

Debtor.

Case No. 18-19185-ABA
(Chapter 7)
(Previously Chapter 13)

Oral Argument Waived

## NOTICE OF MOTION FOR RELIEF FROM AUTOMATIC STAY AND WAIVER OF F.R.B.P. 4001(a)(3)

JPMorgan Chase Bank, N.A. (hereinafter "Chase"), has filed papers with the court to seek relief from the automatic stay, and waiver of the requirement of F.R.B.P. Rule 4001 with regard to a 2008 Land Rover Range Rover (VIN: SALMF13478A286738) that requires that the Order Granting Relief from the Automatic Stay be effective fourteen days from the date of entry of said Order.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant relief from the automatic stay to Chase, or if you want the court to consider your views on the motion, then on or before April 9, 2019 (seven (7) days before hearing), you or your attorney must:

File with the court a written response, explaining your position at:
Court Clerk
U.S. Bankruptcy Court
400 Cooper Street
Camden, NJ 08101

If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.

4/8/19

### Send a Fax Confirmation

**Fax Sent To:** 12129229484, Attorneys for JP Morgan Ch

**Reference ID:** AP7768

**Fax Quality:** Fine (Better Quality)

**Subject:** 18-19185

**Coverpage:** This is a response to the request to lift the stay of JP Morgan Chase Bank regarding bankruptcy case 18-19185. As stated on our brief conversation this morning this copy is faxed but has also been USPS mailed

You will receive an email to confirm that your fax was successfully transmitted.

iest experience on our website. By continuing to use eing used. To learn more visit our Cookie Policy >>   I Understand