UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In Re: | Case No.: | _____ |
|---|---|---|
|  | Hearing Date: | _____ |
|  | Judge: | _____ |

# NOTICE OF STATUS CONFERENCE
# RE CHAPTER 7 REPORT

**TO:**   TRUSTEE and UNITED STATES TRUSTEE

It appearing that a:

- ❏   Trustee's Report of No Distribution or Notice of Assets
- ❏   Trustee's Final Report
- ❏   Trustee's Post Distribution Report

has not been filed in this case, you are hereby notified that a Status Conference will be held on:

DATE:   _____
TIME:   _____
COURTROOM:   _____
LOCATION:   _____
_____

A STATUS REPORT MUST BE FILED WITH THE CLERK NO LATER THAN SEVEN (7) DAYS PRIOR TO THE HEARING.

**APPEARANCES ARE:**

- ❏   Required.
- ❏   Not required if a Status Report is filed.

*new. 8/1/07*